UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Olabamidele Olumide Bewaji,

           Plaintiff,

v.

Jed Falgreen,

           Defendant.

File No. 26-cv-88 (ECT/JFD)

**ORDER**

This case is before the Court on a Report and Recommendation issued by Magistrate Judge John F. Docherty on January 12, 2026. ECF No. 3 ("R&R"). Magistrate Judge Docherty recommends dismissing the action without prejudice pursuant to 28 U.S.C. § 1915A and Rule 12(h)(3) of the Federal Rules of Civil Procedure. R&R at 5. Plaintiff has filed objections. *See* ECF No. 4. Defendant did not respond to the objections. *See* Dkt. Because Plaintiff has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Docherty's analysis and conclusions are correct.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 3] is **ACCEPTED**.

2.    The action is **DISMISSED WITHOUT PREJUDICE** in its entirety under 28 U.S.C. § 1915A and Rule 12(h)(3) of the Federal Rules of Civil Procedure; and

2

3.    Plaintiff's Application to Proceed In Forma Pauperis [ECF No. 5] is

**DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 18, 2026            s/ Eric C. Tostrud
                                    Eric C. Tostrud
                                    United States District Court

2